| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew Resnik, SBN 182562<br>Simon & Resnik, LLP<br>510 W. 6th Street, Suite 1220<br>Los Angeles, CA 90014<br>Telephone: (213) 572-0800<br>Facsimile: (213) 572-0860<br><br>Email: Matt@simonresniklaw.com<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES    DIVISION

| In re:<br><br>Daniel Saenz<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:12-bk-15351-SK<br>CHAPTER: 13 |
|---|---|
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>[11 U.S.C. § 506(d)] |
| | DATE: 5/10/2012<br>TIME: 8:30 am<br>COURTROOM: 1575<br>FLOOR: 15th |

1. TO: Wells Fargo Bank, N.A.

2. NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief set forth in the Motion and accompanying supporting documents served and filed herewith.

3. Hearing Location:   ☑ 255 East Temple Street, Los Angeles         ☐ 411 West Fourth Street, Santa Ana
    ☐ 21041 Burbank Boulevard, Woodland Hills       ☐ 1415 State Street, Santa Barbara
    ☐ 3420 Twelfth Street, Riverside

4. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (*If you do not have an attorney, you may wish to consult one.*)

5. Deadline for Opposition Papers: This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file

a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

6. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the judge's self-calendaring procedures.

Date: 4/6/2012

Simon & Resnik, LLP
Printed name of law firm *(if applicable)*

Matthew D. Resnik, Esq.
Printed Name of Individual Debtor
or Attorney for Debtor

Signature of Individual Debtor
or Attorney for Debtor

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
(DEBTOR: Daniel Saenz_____)

**NAME OF CREDITOR HOLDING JUNIOR LIEN (Respondent):** Wells Fargo Bank, N.A._____

1. **Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

    Street address:         200 Elm Avenue
    Unit number:            Unit 12
    City, state, zip code:  Long Beach, CA 90802

    Legal description of Property or document recording number (*including county of recording*):
    _____
    _____

    ☐ See attached page for legal description of Property or document recording number.

2. **Case History:**

    a. A voluntary petition under chapter ☐ 7 ☐ 11 ☐ 12 ☑ 13 was filed on (*specify petition date*): 2/15/2012____.

    b. ☐ An Order of Conversion to chapter 13 was entered on (*specify date*): _____.

3. **Grounds for Avoidance of Junior Lien:**

    a. As of (*date of title review*) 4/6/2012_____, the Property is subject to the following liens in the amounts specified securing the debt against the Property that the debtor seeks to have treated as indicated:

    (1) (*Name of holder of 1st lien*) JP Morgan Chase Bank, N.A._____ in the amount of $ 156,396.31_____.

    (2) (*Name of holder of 2nd lien*) Wells Fargo Bank, N.A._____ in the amount of $ 19,348.03_____ ☑ is ☐ is not to be avoided;

    (3) (*Name of holder of 3rd lien*) _____ in the amount of $ _____ ☐ is ☐ is not to be avoided;

    ☐ See attached page for additional lien(s).

    As of (*date of valuation/appraisal*) 3/31/2012_____, Property is worth no more than (*value per valuation/appraisal*) $ 148,000.00_____.

    b. As a result, each Respondent's Lien encumbering the Property is wholly unsecured.

c. **Evidence in Support of Motion:**

(1) ☑ The amount of the lien identified in paragraph 3(a)(1) is based on (*type of evidence*) _Statement and Senior Deed of Trust_, attached hereto and identified as Exhibit _A_.

(2) ☑ The amount of the lien identified in paragraph 3(a)(2) is based on (*type of evidence*) _POC 2-1 and Junior Deed of Trust_, attached hereto and identified as Exhibit _B_.

(3) ☐ The amount of the lien identified in paragraph 3(a)(3) is based on (*type of evidence*) _____, attached hereto and identified as Exhibit ___.

(4) ☑ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit _AB_.

(5) ☑ The value of the Property from paragraph 3(b) is based on (*type of evidence*) _Appraisal_, attached as Exhibit _C_.

(6) ☑ Debtor submits the attached Declaration(s).

(7) ☐ Other evidence (*specify/identify supplemental evidence*): _____ _____, attached as Exhibit ___.

d. WHEREFORE, Debtor prays that this Court issue an Order granting this Motion and establishing that:

(1) The Property is valued at no more than (*requested value*) $ _148,000.00_.

(2) No payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☑ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

(3) Respondent's(s') claim on the junior position lien(s) shall be allowed as a nonpriority general unsecured claim(s) in the amount per filed Proof of Claim.

(4) The avoidance of the Respondent's(s') junior lien(s) is contingent upon: Debtor's ☑ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

(5) The Respondents shall retain its/their lien(s) in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☑ completion of the chapter 13 plan or ☑ receipt of a chapter 13 discharge.

(6) In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's(s') lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's(s') lien(s) shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale, subject to the priority of any such junior lien(s).

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011    Page 4    F 4003-2.4.MOTION

e. ☐ See attached continuation page for additional provisions.

Date: 4/6/2012

Respectfully submitted,

By: _____
Signature of Debtor or Attorney for Debtor

Name: Matthew D. Resnik, Esq.
     Printed Name of Debtor or Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

510 W. 6th St., Suite 1220, Los Angeles, CA 90014

A true and correct copy of the foregoing document described as DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)] AND Declarations of Daniel Saenz and Paul Csengeri in support thereof
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL (state method for each person or entity served)**:
On __4/12/12__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: __4/12/12__    Signature: _____

Printed Name: Max Bonilla

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011    Page 6    F 4003-2.4.MOTION

2. **SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| 1st lienholder (name and address) | Address from: | Delivery Method |
|---|---|---|
| JP Morgan Chase Bank, N.A.<br>1111 Polaris Parkway<br>Columbus, Ohio 43240<br>Attn: Jamie Dimon, CEO | ☐ Proof of claim  ☐ Secretary of State<br>☑ FDIC website  ☐ Other (specify): | ☐ United States mail<br>☑ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name:<br><br>7011-0470-0002-9037-3228 |
| 1st lienholder (name) and Agent for Service of Process (name and address)<br>JP Morgan Chase Bank, N.A.<br>CT Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 | ☐ Proof of claim  ☑ Secretary of State<br>☐ FDIC website  ☐ Other (specify): | ☐ United States mail<br>☑ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name:<br><br>7011-0470-0002-9037-3235 |
| 1st lienholder (name) and Servicing Agent (name and address) | ☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other (specify): | ☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| 2nd lienholder (name and address) | Address from: | Delivery Method |
|---|---|---|
| Wells Fargo Bank, N.A.<br>101 N. Phillips Avenue<br>Sioux Falls, South Dakota 57104<br>Attn: John Stumpf, CEO | ☐ Proof of claim  ☐ Secretary of State<br>☑ FDIC website  ☐ Other (specify): | ☐ United States mail<br>☑ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name:<br><br>7011-0470-0002-9037-3242 |
| 2nd lienholder (name) and Agent for Service of Process (name and address)<br>Wells Fargo Bank, N.A.<br>CSC - Lawyers Incorporating Service<br>2730 Gateway Oaks Dr., Ste. 100<br>Sacramento, CA 95833 | ☐ Proof of claim  ☑ Secretary of State<br>☐ FDIC website  ☐ Other (specify): | ☐ United States mail<br>☑ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name:<br><br>7011-0470-0002-9037-3259 |
| 2nd lienholder (name) and Servicing Agent (name and address)<br>Wells Fargo Bank, N.A.<br>Home Equity Group<br>1 Home Campus, X2303-01A<br>Des Moines, IA 50328-0001<br>Attn: Kelli Bowler | ☑ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other (specify): | ☐ United States mail<br>☑ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name:<br><br>7011-0470-0002-9037-3266 |

| 3rd lienholder (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
|---|---|---|
| 3rdd lienholder (name) and Agent for Service of Process (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
| 3rd lienholder (name) and Servicing Agent (name and address) | Address from:<br>☐ Proof of claim<br>☐ FDIC website | Delivery Method<br>☐ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

| Alternative/additional address (name and address)<br>Kathy Dockery<br>Chapter 13 Trustee<br>700 S. Flower St., Suite 1950<br>Los Angeles, CA 90017 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☒ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |
|---|---|---|
| Alternative/additional address (name and address)<br>Hon. Judge Sandra Klein<br>255 E. Temple St., Ctrm. 1575<br>Los Angeles, CA 90012 | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other (specify): | Delivery Method<br>☒ United States mail<br>☐ Certified mail – Tracking #<br>☐ Overnight mail – Tracking #<br>Carrier Name: |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2011        Page 8        F 4003-2.4.MOTION